# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2024

## NO. 03-22-00713-CV

**Texas Rock Solid Building Services, LLC, Appellant**

**v.**

**Robert Pounds and Camille Pounds, Appellees**

## APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order invalidating a mechanic's lien and ordering appellant to pay attorney's fees signed by the trial court on March 3, 2022 and from the order denying appellant's motion for leave to file third-party claims signed by the trial court on August 9, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the trial court's orders. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.